ORIGINAL

Caroline T. Foster
111 Hoolako Place
Honolulu, Hawaii 96825
(808) 366-7394
carolinefoster9895@gmail.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 15 2022

at 1 o'clock and 30 min. PM
John A. Mannle, Clerk LS

cc: HG/FILER

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CAROLINE T. FOSTER, Plaintiff, <br><br> vs. <br><br> ALOHA PETROLEUM, LTD., <br> LOIS OSORNO, Defendants | EMPLOYMENT DISCRIMINATION COMPLAINT <br><br> CIVIL NO. CV22 00519 HG RT <br><br> Exhibits A-K |

## I. The Parties in This Complaint

### A. The Plaintiff

Caroline T. Foster

111 Hoolako Place

Honolulu, Hawaii 96825

Phone: (808) 366-7394

e: carolinefoster9895@gmail.com

### B. Defendant No. 1

Aloha Petroleum, LTD

1001 Bishop Street, Suite 1300

Honolulu, Hawaii 96813

(808) 522-9700

### C. Defendant No. 2

Lois Osorno

Director of Human Resources

Aloha Petroleum, LTD

1001 Bishop Street, Suite 1300

Honolulu, Hawaii 96813

(808) 522-9755

### D. Place of Employment

Aloha Petroleum, LTD - Hawaii Kai Store #1130

249 Keahole Street

Honolulu, Hawaii 96825

(808) 394-5540

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to

- ☐ X  Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

- ☐ X  Americans with Disabilities Act of 1990, as codified, 42. U.S.C. §§ 12112 to 12117.

## III. Statement of Claim

A. The discriminatory conduct of which I complain in this action includes the following:

- ☐ X  Termination of my employment.

- ☐ X  Failure to accommodate my disability.

- ☐ X  <u>Other acts as specified below:</u>

    - Employer's Managers stated derogatory remarks relating to my age and disability.

    - Employer's Director of Human Resources failed to respond to my letter requesting an explanation of my termination.

- Employer withheld my unemployment benefits for nearly three months.
- Employer appealed to stop my unemployment benefits once they began.
- Employer's Managers and Area Supervisor lied under oath at the hearing with the State of Hawaii Department of Labor and Industrial Relations Employment Security Appeals Referees' Office.
- Employer submitted a fabricated Corrective Action Form dated September 24, 2021 as evidence to the Employment Security Appeals Referees' Office.
- Employer's legal counsel refused to participate in mediation.

B. It is my best recollection that the alleged discriminatory acts occurred on dates:

- Sunday, Sept. 19. 2021
- Wednesday, Sept. 22, 2021
- Thursday, Sept. 23, 2021
- Friday, Sept. 24, 2021
- About Monday, Sept. 27, 2021 - Wednesday, Sept. 29, 2021
- About Oct. 20, 2021 - Dec. 30, 2021
- Jan. 7, 2022
- Feb. 1, 2022
- Sept. 1, 2022

C. I believe that defendants

☐ X       are still committing these acts against me.

D. Defendants discriminated against me based on my

☐ X       age.  My year of birth is 1940.

☐ X       disability

E. The facts of my case are as follows:

1. Aug. 15, 2017 - I was hired by Aloha Petroleum as a Sales Associate for the new Hawaii Kai Store.

2. On May 8, 2018, Kenneth K. Kao, MD, Kaiser Permanente Surgeon, completed my initial medical evaluation after surgery. Dr. Kao noted my new physical disabilities, limitations, and impaired capacity.  He indicated that I could return to work on May 17, 2018 with the conditional limitations noted because of my new disability. Aloha Petroleum LTD received the completed medical evaluation. From this point forward, because of my new disability, I observed all of the activity and motion limitations as detailed by Dr. Kao. *(Exhibit A)*

3. July 19, 2018 - Kenneth K. Kao, MD, Kaiser Permanente Surgeon, completed my medical re-evaluation and determined that all of the physical disabilities, limitations, and impaired capacity he noted on May 8, 2018 will persist for life impacting and limiting the same activities and motions he described on May 8, 2018.  *(Exhibit B)*

4. Sept. 18, 2021- Hawaii Kai Store Manager, Kanani Koya, told me during my work shift that it was her last day at the Hawaii Kai store. Up until that point, she was the Hawaii Kai Store Manager since my hire date.

5. Sept. 19, 2021 - Vicky Avigina replaced Kanani Koya as the new Hawaii Kai Store Manager. She and the Area Supervisor, Kathy Shelton, were at the Hawaii Kai Store for part of my work shift.

6. Sept. 19, 2021 - Later during my shift, after the manager and Area Supervisor left the store, I saw the work schedule for Sept. 19 - Sept. 25, 2021. My work hours were cut from 40 hours to 37 hours.  All of the other Sales Associates were scheduled for 40 or more hours. One of the Sales Associates was scheduled for 58 hours, with 18 hours of overtime.  All of the Sales Associates are younger than me and none had their work hours reduced. *(Exhibit C)*

7. Sept. 20 and Sept. 21, 2021 - I was scheduled for two days off.

8. Sept. 22, 2021 - I asked the new Hawaii Kai Store Manager why my work hours were cut. She stated that Kathy Shelton, the Area Supervisor for Hawaii Kai told her to cut my hours and to give Melly more hours because she is much younger than me. Then the Hawaii Kai store manager told me that she and the Area Supervisor think that I'm too old for the job.

   I stated to the new Hawaii Kai store manager that according to the schedule Melly has 58 hours, Cary has 40 hours and Nathan, also a new sales associate for only a few days has 40 hours, but I am the only one with 37 hours. The new Hawaii Kai store manager then told me that Melly, Cary and Nathan are all younger than me and again stated that I'm too old for the job. Then the new Hawaii Kai store manager stated that there will be some changes on Friday and that she and the Area Supervisor would talk to me then about the changes.

9. Sept. 23, 2021 - During my work shift, I used a cart to elevate the beef jerky merchandise off of the floor so I could re-price them without squating, since my disability and doctors instructions prohibit me from squatting. I removed the contents of the box and placed it on the cart instead of lifting the large boxes because of my physical limitation with carrying heavy objects more than 10 lbs in weight.

   After helping customers, I returned to the cart in the back room.

   The new Hawaii Kai store manager threw the beef jerky merchandise I was about to price out of the cart. She told me not to use the cart, just "pick up the box and carry it to the register." I explained, "I'm sorry that I can't carry the box because I have a disability." She said to me, "Say's who?" I told her that my doctor did. After helping another customer, I returned to the cart. The new Hawaii Kai Store Manager emptied the cart of all the beef jerky I had placed in it to re-price. I asked her to please let me use the cart. She angrily refused and said, "Just carry it."

   "I told her that I can't because I have a disability."

10. Sept. 24, 2021 - During my work shift, the new Hawaii Kai Store Manager ordered me to go outside and empty all of the big and heavy garbage bags and to take them to the dumpster, then wipe all of the gas pumps up and down.

    I explained that I am not allowed to carry anything heavier than 10 lbs. because of my disability.

    The new Hawaii Kai Store Manager told me, "FXXK (swearing) you! You good for nothing, old fut."

    I only worked two days with the new Hawaii Kai Store Manager and Area Supervisor. Later that afternoon, I was called into the office, with the new Hawaii Kai Store Manager and Area Supervisor, Kathy Shelton. The new Hawaii Kai Store Manager said to the Area Supervisor, "Let her finish already."

    Then the Area Supervisor told me, "You mean old lady, you're terminated."

    Shocked, I asked, "Am I fired?"

    "Yes, you're fired!" said the Area Supervisor. She then told me to "remove my uniform and name tag, sign out and go home."

    The new Hawaii Kai Store Manager told me to "Clock out and go home."

11. Sept. 27, 2021 - I sent a letter to Aloha Petroleum, LTD Human Resources Director, Lois Osorno, requesting a reason for my termination and for payment of outstanding wages and unused vacation.

    To date, no reply from Aloha Petroleum, LTD or their Human Resources Director for the reason for my termination.  *(Exhibit D)*

12. Oct. 20, 2021 - I filed for unemployment benefits. Aloha Petroleum, LTD did not respond to multiple inquiries by The State of Hawaii Department of Labor & Industrial Relations Unemployment Insurance Division to confirm my eligibility for unemployment benefits. As a result, my unemployment benefits were withheld for nearly three months.

13. Dec. 30, 2021- The State of Hawaii Department of Labor & Industrial Relations Unemployment Insurance Division made a determination that I was

"Discharged for reasons other than misconduct connected with work" and was eligible for unemployment benefits. *(Exhibit E)*

14. Jan. 7, 2022 - Aloha Petroleum, LTD filed an appeal with The State of Hawaii Department of Labor & Industrial Relations Unemployment Insurance Division to disqualify me for my unemployment benefits.

15. Jan. 31, 2022- Aloha Petroleum, LTD sent a falsified document to me as evidence in advance of the The State of Hawaii Department of Labor & Industrial Relations Employment Security Appeals Referee's Office hearing scheduled for Feb. 1, 2022.  All of the required signatures: from the Manager, Supervisor, HR Director and me, the employee, were all missing.  This was the first time I had ever seen this fabricated document. *(Exhibit F)*

16. Feb. 1, 2022 - The State of Hawaii Department of Labor & Industrial Relations Employment Security Appeals Referee's Office held a hearing.  *(Exhibit G)*

17. Feb. 2, 2022 - Ryan Harimoto, Appeals Officer for The State of Hawaii Department of Labor & Industrial Relations Employment Security Appeals Referee's Office issued the decision from the hearing, which read, "Based on credible evidence presented, employer did not sustain its burden of proving that claimant was discharged for misconduct connected to work.  Therefore, claimant was discharged for reasons other than misconduct connected with work." Decision: "The Department's decision is affirmed. Claimant was discharged for reasons other than misconduct connected with work and is therefore not disqualified for benefits pursuant to Haw. Rev. Stat § 383-30(2)." *(Exhibit H)*

18. Mar. 14, 2022 - I sent the completed Pre-Complaint Questionnaire for employment discrimination with attachments to the Hawaii Civil Rights Commission. *(Exhibit I)*

19. Sept. 1, 2022 - According to Stephen Chang, Hawaii Civil Rights Commission, Richard Diaz, Chief Counsel of Energy Transfer, notified him that Aloha

        Petroleum, LTD is not going to mediate the issues of discrimination reported by me to the EEOC and Hawaii Civil Rights Commission.

20. Oct. 17, 2022- The EEOC sent my right to sue letter to my attorney. *(Exhibit J)*

21. Oct. 22, 2022 - Summary of Timeline of Age and Disability Discrimintation Events. *(Exhibit K)*

IV. **Exhaustion of Federal Administrative Remedies**

    A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on:

- Mailed on March 14, 2022.

B. The Equal Employment Opportunity Commission

☐ X    issued a Notice of Right to Sue Letter, which I received on Oct. 17, 2022.

C. Only litigants alleging age discrimination must answer this question.

    Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendent's alleged discriminatory conduct

☐ X    60 days or more have elapsed.

**V. Relief**

I respectfully request that the court order the following damages and relief from Aloha Petroleum, LTD for the unlawful age and disability employment discrimination I experienced by Aloha Petroleum, LTD, their Director of Human Resources, their Area Supervisor, their Hawaii Kai store manager and their parent company General Counsel.

For the Age employment discrimination actual damages and relief, I request the following:

| | |
|---|---|
| Back Pay (Sept. 25, 2021 - Dec. 31, 2022) 1 year + 3 months | $39,387 |
| Back Health + Dental Benefits (Sept. 25, 2021 - Dec. 31, 2022) 1 year + 3 months) | $16,489 |
| Future Pay x 5 Years 2023 - 2027 | $145,600 |
| Future Health + Dental Benefits x 5 Years 2023 - 2027 | $65,956 |
| Subtotal | $267,432 |
| For the Disability Discrimination punitive and examplary damages for Employers with > 500 Employees who engage in disability employment | $300,000 |

discrimination:

| | |
|---|---|
| Reasonable attorney fees, when contracted | Not yet known |
| Total | $567,432 |

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the Complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-Related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing December 15, 2022.

*/s/ Caroline T. Foster*

Caroline T. Foster

Printed Name of Plaintiff