Caroline T. Foster (Pro Se)
111 Hoolako Place
Honolulu, Hawaii 96825
(808) 366-7394
carolinefoster9895@gmail.com
In Pro Se

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 23 2023

at 11 o'clock and 45 min. A M
CLERK, U.S. District Court
cc: DKW Filia        LS

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CAROLINE T. FOSTER, Plaintiff,<br><br>vs.<br><br><br><br>ALOHA PETROLEUM, LTD.,<br>LOIS OSORNO, Defendants | CIVIL NO:   CV22-00519 DKW RT<br><br>MOTION TO DEEM AND ADMIT<br>DOCUMENTS AND FACTS IN REQUEST<br>FOR ADMISSIONS SET ONE AS<br>GENUINE AND TRUE<br><br>EXHIBITS  P, Q, A, B, C, D, E, G, H,<br>I, J, N, R, S, T |

MOTION TO DEEM AND ADMIT DOCUMENTS AND FACTS

IN REQUEST FOR ADMISSIONS - SET ONE

I, Caroline T. Foster ("PLAINTIFF"), submit this motion to request that the Court deem and admit the documents as genuine and the statements as true for all the contents listed in my Request for Admissions, Set One, served and sent on February 18, 2023, by U.S. mail to the Defendants' attorney:

    Judy M. Iriye

    Attorneys for Defendant, Aloha Petroleum, LTD.

    Littler Mendelson, P.C.

    500 Ala Moana Blvd.

    Suite 7400, PMB #404

Honolulu, HI 96813

The time for the Defendants' attorney to serve a timely response to me expired on March 20, 2023. To date, I have not received a response from the Defendants' attorney regarding my Request for Admissions, Set One.

Therefore, I humbly ask the Court to order that the documents listed in the Request for Admissions, Set One and attached here, be deemed and admitted as genuine. In addition, I ask that the statements of facts also contained in the Request for Admissions, Set One and listed here be deemed and admitted as true statements.

*"Pursuant to Federal Rule of Civil Procedure 36, a party may serve upon any other party a written request to admit the truth of certain matters within the scope of Federal Rule of Civil Procedure 26(b)(1). The matter is Admitted unless, within thirty days after service of the request, the party to whom the request is directed serves upon the requesting party a written answer or objection signed by the party. Failure to answer constitutes an admission."*

Therefore, I request that the court consider and approve this motion, as a non-hearing determination, to admit as genuine the documents and admit as true the statements in the Request for Admissions, Set One that I served to the Defendants' attorney on February 18, 2023.

I declare that the documents are genuine, and the statements are true.

March 23, 2023      *Caroline T. Foster* (signature)

Caroline T. Foster, Plaintiff

111 Hoolako Place

Honolulu, Hawaii 96825

In Pro Se

2