FEPA No. 22171
EEOC No. 37B-2022-00158



**Pre-Complaint Questionnaire – Employment**
Hawai'i Civil Rights Commission
830 Punchbowl Street, Room 411, Honolulu, HI 96813
TEL: (808) 586-8636, FAX: (808) 586-8655, TDD: (808) 586-8692

**Directions:** Please fill this out completely. We'll use the information to see if we have jurisdiction to draft a discrimination complaint and to investigate it. Include any paperwork that shows discrimination occurred. Read the closing statement at the end, and sign and date it. Mail or drop off at the above address. An investigator will contact you for an intake interview.

Date: March 8, 2022

### 1. Information about you:

Name: Foster, Caroline, T.
(Last / First / Middle Initial(s))

Address: 111 Hoolako Place, Honolulu, 96825
(Number/Street / City / Zip Code)

Home Phone: (808) 366-7394
Cell Phone: (808) 366-7394
Work Phone:

Email Address: carolinefoster9895@gmail.com
Age* and Date of Birth: 81 years old 11/19/1940
Race or Ancestry*: Samoan/Caucasian
Sex*: Female

Person to contact if we can't reach you:
Noelani Foster (Daughter)
520 Lunalilo Home Road, Unit 6201, Honolulu, Hawaii 96825
(808) 585-1564

### 2. Information about the employer:

Name: Aloha Petroleum, Ltd.

Address: 1001 Bishop Street STE 1300, Honolulu, 96813-3489
(Number/Street / City / Zip Code)

Island: ✓ O'ahu  ☐ Kaua'i  ☐ Maui  ☐ Hawai'i  ☐ Moloka'i  ☐ Lana'i

Telephone: (713) 989-2166
Number of Employees: Unknown
Date Hired: August 15, 2017
Pay/Salary: $14.00/per hour
Job Title: Sales Associate

*Used for statistical purposes only
Revised: September 2015

Exhibit I

Caroline T. Foster (Pro Se)
111 Hoolako Place
Honolulu, HI 96825
Telephone: 808-366-7394
carolinefoster9895@gmail.com
In Pro Se

3. Check type of discrimination:

- [ ] Race
- [ ] Color
- [ ] Ancestry (includes national origin)
- [x] Age
- [ ] Religion
- [ ] Credit History or Report
- [ ] Arrest & Court Record
- [ ] Breast Feeding
- [ ] Sex (includes gender identity & pregnancy)
- [ ] Sexual Orientation
- [ ] Marital Status
- [ ] Retaliation (opposed discrimination)
- [ ] National Guard Obligation
- [ ] Child Support Garnishment
- [ ] Domestic/Sexual Violence Victim Status
- [x] Disability: weight limitations with carrying and lifting

4. Check act of discrimination:

- [x] Fired/Discharged
- [ ] Laid Off
- [ ] Not Hired
- [x] Harassed
- [ ] Sexually Harassed
- [ ] Denied Promotion
- [ ] Refused Accommodation
- [x] Other: Challenged unemployment compensation

5. Date of the last act of discrimination: Feb. 1, 2022
   (Statute of limitations is 180 days)

6. Name and job title of the person who discriminated against you:

   1. Lois Osorno, Director of Human Resources, 2. Kathy Shelton, Hawaii Kai Area Supervisor (Oversees 13 Stores)

   3. Vicky Avigina, Hawaii Kai Store Manager

7. What reason did the person give to you for the discrimination?

   Vicky Avigina, Hawaii Kai Store Manager and Kathy Shelton, Hawaii Kai Area Supervisor stated that "I'm too old for the

   job."

8. How did you learn about the Civil Rights Commission?

   Online search

9. Did you file a complaint with the Federal EEOC about this?   [ ] YES   [x] NO

10. Do you have an attorney representing you in this matter?   [ ] YES   [x] NO

_____   _____
Name                      Phone No.

2

**Directions:** Provide a summary of the discrimination with the name of the person who treated you this way. Use a separate sheet of paper if needed.

| Date | Describe the discrimination |
|---|---|
| Sept. 18, 2021 | Kanani Koya, Store Manager, notified me that it was her last day at Hawaii Kai. |
| Sept. 19, 2021 | When I arrived to begin my shift, I saw Kanani Koya in the store office talking with the new Hawaii Kai store manager, Vicky Avigina and Kathy Shelton, Area Supervisor. |
| | During my shift, a new work schedule was posted for the week. My full-time hours were reduced to 37 hours. The other three full-time sales associates did not have their hours reduced. Two of the sales associates were scheduled for 40 hours each. The third sales associate was scheduled for 58 hours (40 + 18 hours overtime). |
| Sept. 22, 2021 | I asked Vicky Avigina, the new Hawaii Kai store manager, why my scheduled work hours were cut to 37 hours instead of 40 hours. The manager stated that Kathy Shelton, area supervisor for Hawaii Kai told her to cut my hours to give Melly a new sales associate more hours because she is much younger than me. Vicky stated that she and Kathy think that I'm too old for the job. |
| | I said to Vicky that according to the work schedule, Melly has 58 hours a week, Cary has 40 hours and Nathan, also a new sales associate for only a few days has 40 hours, but I am the only one with 37 hours. Vicky said that Melly, Cary and Nathan are all younger than me and that I'm too old for the job. |
| | Then Vicky informed me that there will be some changes on Friday and that Kathy would talk to me about it. |

| Date | Describe the discrimination (continued) |
|---|---|
| Sept. 24, 2021 | I was called into the office for an in-person meeting with Kathy Shelton and |
| | Vicky Avigina. Kathy Shelton asked me how do I feel about homeless people? |
| | I said, "As long as they are customers, I provide excellent customer service to all." |
| | Then Kathy Shelton asked me what about Gino and Peter? |
| | I explained that the Hawaii Kai Town Center management no longer allows both Gino and Peter to be on the property including the Aloha Petroleum Store because they experienced that Gino and Peter have shoplifted merchandise, engaged in yelling and swearing at customers when they refuse to give them money. Gino and Peter have also yelled swear words at me too when I refused to sell them alcohol because they were already drunk and smelled of alcohol. I stated that Gino and Peter are friends of the former store manager Kanani Koya. Gino and Peter would still come to the store to visit with Kanani after the Hawaii Kai Town Center trespassed them. A few days previously, Gino came to the store and when he heard me tell the other sales associate that he was trespassing, he ran out of the store. |
| | Kathy Shelton then asked, What about Cary, your co-worker? |
| | See Attached |

**Closing Statement:** I declare under penalty of perjury the foregoing is true and correct.

_Caroline F. Foster_  
**Signature**

_March 14, 2022_  
**Date**

4

Caroline T. Foster

| Date | Describe the discrimination |
|---|---|
| Sept. 24, 2021 | (Separate incident earlier on the same day.)<br><br>Vicky Avigina, Store Manager, ordered me to go outside and empty all the big and heavy garbage bags and to take them to the dumpster, then wipe all the gas pumps up and down.<br><br>I told Vicky Avigina, "I am sorry. I'm not allowed to carry anything heavier than 10 pounds. I had surgery and my doctor notified Human Resources and asked her to call Lois Osorno, Director of Human Resources because she will let her know about my situation."<br><br>Vicky Avigina got very mad, swearing, grumbling, and also speaking in Filipino language to herself. |
| Sept. 24, 2021 | Kathy Shelton, Area Supervisor, asked me, "What about Cary, your co-worker?"<br><br>I replied that Cary's complaint was false. John Youngren, Operations Manager, had a meeting with me on December 5, 2019 in reference to Cary's complaint. That's why I wrote on my Job Performance Evaluation for the year 2020, "Mahalo nui loa that we have a camera in the store because if it was not for the camera (video recording) to prove that Cary made a false claim and lied, I would have been terminated that day. John Youngren shook his head in disbelief when he reviewed the video recording and the video showed that all of Cary's complaints against me were false. She lied. John Youngren sent Cary home that day immediately after he watched the video because she filed a false complaint against me.<br><br>After I relayed this experience, Kathy Shelton told me that she will not terminate me, at the moment, but I need to change and she wanted me to know that they will be watching me very closely and if I don't change, I will be terminated.<br><br>I asked Kathy Shelton, "For what reason? I didn't do anything wrong."<br><br>Kathy Shelton did not address my question. |

Kathy Shelton asked me, "What about a customer named Gary?"

I stated that Gary is Kanani Koya's (former store manager) friend. One day he called the store and yelled and swore at me on the phone. Then he continued to call three more times that day, one after the other. He continued to yell and swear on each call.

Kathy Shelton asked me if I made rude comments and refused to help him on Sept. 22, 2021.

I stated to Kathy Shelton, "No I didn't see Gary or talk with him on Sept. 22, 2021. The last time I saw him was Sept. 18, 2021, but I did not talk with him at all.

Vicky Avigina, new Hawaii Kai Store Manager, interrupted and said to Kathy Shelton, Area Supervisor, "Let her finish already."

Then Kathy Shelton, Area Supervisor said to me, "You mean old lady, you're terminated."

Shocked, I asked, "Am I fired?"

"Yes you're fired!" Kathy Shelton replied. Then Kathy Shelton ordered me to "remove my uniform and name tag, sign out and go home."

Vicky Avigina also told me to "Clock out and go home."

After returning my uniform and name tag, I requested the opportunity to close my cash register drawer. However, Kathy Shelton and Vicky Avigina refused and prohibited me from doing so.

I clocked out at about 4:15 pm on Friday, Sept. 24, 2021 as directed.

I then asked Kathy Shelton for a written notice that she fired me and the reason for my termination.

Kathy Shelton agreed to give me a written notice.

I said, "Thank you, I'll be back in 15 minutes." When I returned inside the store 15 minutes later, Kathy Shelton changed her mind and told me that Human Resources would give me the written notice and for me to "Just go home," she said.

6

| Sept. 27, 2021 | I sent a letter to Lois Osorno, Director of Human Resources, asking for the reason for my termination and for payment for my outstanding wages up to my termination date along with unused vacation. (See attachment.) |
|---|---|
| Sept. 29, 2021 | I received a check for my outstanding wages and unused vacation. No communication was given about the reason for my termination. |
| Oct. 20, 2021 | I filed for unemployment with the State of Hawaii Department of Labor & Industrial Relations Unemployment Insurance Division. |
| | The State of Hawaii Department of Labor & Industrial Relations Unemployment Insurance Division reached out numerous times to Aloha Petroleum to confirm my eligibility for unemployment benefits. Aloha Petroleum, did not respond. During this time, I did not receive any unemployment payments. My payments were withheld because of Aloha Petroleums' lack of response. |
| Dec. 30, 2021 | The State of Hawaii Department of Labor & Industrial Relations Unemployment Insurance Division made a decision determination that I did qualify for unemployment benefits and I was "discharged for reasons other than misconduct connected with work." (See attachments). |
| Jan. 7, 2022 | Aloha Petroleum filed an appeal with The State of Hawaii Department of Labor & Industrial Relations Unemployment Insurance Division to disqualify me for unemployment benefits. A hearing was set for February 1, 2022 at 11:00 am. (See attachments). |
| Jan. 18, 2022 | I received my first unemployment payments. |
| Feb. 1, 2022 | I attended the Hearing at The State of Hawaii Department of Labor & Industrial Relations Unemployment Insurance Division Employment Security Appeals Office. (See attachments). |
| Feb. 2, 2022 | Ryan Harimoto, Appeals Officer, The State of Hawaii Department of Labor & Industrial Relations Unemployment Insurance Division Employment Security Appeals Office, sent out his decision that "The Department's decision is affirmed. Claimant was discharged for reasons other than misconduct connected with work and is therefore not disqualified for benefits pursuant to Haw. Rev. Stat. 383-30(2)." (See attachments). |

7

